UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 15 AM 10: 47

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

KALVIN D. RUSH,

    Plaintiff,

v.

GEORGE LITTLE,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NO: 2:05cv2790-B

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal entered on December 13, 2005, this cause is hereby dismissed without prejudice.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

12/15/05
Date

THOMAS M. GOULD

_____
Clerk of Court

_____
(By) Deputy Clerk



This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-16-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02790 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

Kalvin D. Rush
Shelby County Correctional Center
395313
1045 Mullins Station Road
Memphis, TN 38134

Honorable J. Breen
US DISTRICT COURT